United States District Court
Southern District of Texas
**ENTERED**
August 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GEORGE ESQUIVEL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:24-CV-00077 |
| § | |
| MUZOM TRANSPORTATION, INC., § | |
| § | |
| Defendant. § | |

## **FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation of Dismissal (D.E. 39), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on August 21, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE